IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CASE NO.: 4:19-CV-151-BR

| | |
|---|---|
| NEW BERN GOLF AND COUNTRY CLUB, INCORPORTED, </br></br> Plaintiff, </br></br> v. </br></br> UNDERWRITERS AT LLOYD'S, LONDON, specifically LLOYD'S 4242 and LLOYD'S 1301 and their respective members, NATIONAL FIRE & MARINE INSURANCE COMPANY, and BOULDER CLAIMS, LLC, </br></br> Defendants. | **STIPULATION OF DISMISSAL** |

The parties, by and through their attorneys and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal WITH PREJUDICE of all claims, with each party bearing its own costs and expenses.

SO STIPULATED this 15th day of May, 2020.

CARRUTHERS & ROTH, P.A.

/s/ Rachel S. Decker
J. Patrick Haywood, NC Bar #27881
jph@crlaw.com
Rachel S. Decker, NC Bar #22020

PHELPS DUNBAR LLP

/s/ Kevin M. O'Brien
Kevin M. O'Brien, NC Bar #43373
obrienk@phelps.com
William R. Hartzell, NC Bar #50762

rsd@crlaw.com
230 North Edgeworth Street
Greensboro, NC  27401
Telephone: (336) 379-8651
Facsimile: (336) 478-1175

*Attorneys for Plaintiff New Bern Golf and Country Club, Incorporated*

William.hartzell@phelps.com
Phelps Dunbar LLP
GlenLake One
4140 ParkLake Avenue, Suite 100
Raleigh, NC  27612-3723
Telephone: (919) 789-5300
Facsimile: (919) 789-5301

*Attorneys for Defendants Certain Interested Underwriters at Lloyd's, London Subscribing to Certificate No. 32-7560126847-S-00, National Fire & Marine Insurance Company, and Boulder Claims, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2020, a true and correct copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record in this matter.

/s/ Rachel S. Decker<br>
Rachel S. Decker